**Dismissed and Opinion Filed November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00558-CV

**ROSALIND KELLY, Appellant**
**V.**
**RICARDO MEJIA D/B/A E & R TRUCKING, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-08584**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated August 6, 2015, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. On August 25, 2015, the Court received, but did not file a motion for an extension of time to file appellant's brief. By postcard dated August 26, 2015, we notified appellant the motion filing fee was due, and that failure to remit the fee within ten days would result in the Court taking appropriate action, including dismissal of the case without further notice. On September 8, 2015, the Court notified appellant that although she had submitted an electronic document for filing, the document was not filed because it failed to comply with rule 9 of the Texas Rules of

Appellate Procedure. We directed appellant to file a corrected document within three days. And, on September 28, 2015, the Court notified appellant that although she had submitted an electronic brief for filing, it was not filed because it failed to comply with rule 9 of the Texas Rules of Appellate Procedure. We again directed appellant to file a corrected brief within three days. The same day, we notified appellant that we had not filed her motion to extend time to file the brief because appellant did not submit the motion filing fee with the motion. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

150558F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSALIND KELLY, Appellant

No. 05-15-00558-CV          V.

RICARDO MEJIA D/B/A E & R
TRUCKING, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-09-08584.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RICARDO MEJIA D/B/A E & R TRUCKING recover its costs of this appeal from appellant ROSALIND KELLY.

Judgment entered November 24, 2015.